**IT IS ORDERED as set forth below:**



**Date: August 11, 2015**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 13-57910-JRS** |
| | ) | |
| **ELEANOR MARIE NEAL,** | ) | **CHAPTER 7** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| **NEIL C. GORDON, Trustee for the Estate of Eleanor Marie Neal,** | ) ) ) | |
| | ) | |
| Objector, | ) | |
| | ) | |
| vs. | ) | **CONTESTED MATTER** |
| | ) | |
| **AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANCIAL,** | ) ) ) | |
| | ) | |
| Claimant. | ) | |
| | ) | |

**ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM NO. 3 FILED BY
AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANCIAL**

This matter came before the Court for hearing on August 11, 2015 (the "Hearing"),

on the Objection (the "Objection") [Doc. No. 29] filed by Neil C. Gordon, the Chapter 7

Trustee herein ("Trustee") on July 2, 2015, regarding Proof of Claim No. 3 filed by Americredit Financial Services, Inc. dba GM Financial ("Claimant").  It appears to the Court that on July 2, 2015, Claimant was properly served with the Objection.  Claimant did not respond by the deadline of August 4, 2015.  Further, Claimant has not responded since that time and did not appear at the Hearing.  Good cause has been shown and no opposition asserted. It is, therefore,

**ORDERED** that the Objection is hereby sustained, and, Claim No. 3 disallowed in its entirety.

**[END OF DOCUMENT]**

PREPARED AND PRESENTED BY:

**ARNALL GOLDEN GREGORY LLP**

By: /s/ Neil C. Gordon _____
 Neil C. Gordon, State Bar No. 302387
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
(404) 873-8596 / Neil.Gordon@agg.com

Attorneys for Chapter 7 Trustee

7934476v1

DISTRIBUTION LIST

Neil C. Gordon
Arnall Golden Gregory LLP
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031

Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, SW
Atlanta, GA 30303

Eleanor Marie Neal
Apt. # 401
1001 Garden View Drive, NE
Atlanta, GA 30319-5804

Patricia Lyda Williams, Esq.
The Williams Law Office, LLC
Suite 408
3675 Crestwood Parkway
Duluth, GA 30096

James Hogan, Jr.
Americredit Financial Services, Inc.
Dba GM Financial
P.O. Box 183853
Arlington, TX 76096

CSC of Cobb County, Inc.
Registered Agent for
Americredit Financial Services, Inc.
192 Anderson Street, SE
Suite 125
Marietta, GA 30060

Daniel Berce, CEO
Americredit Financial Services, Inc.
801 Cherry Street
Suite 3600
Fort Worth, TX 76102

7934476v1